IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GABRIEN BIRDSONG., <br> Plaintiff, | : <br> : <br> : | |
| vs. | : <br> : | CIVIL ACTION 19-252-KD-N |
| GOVERNOR KAY IVEY, *et al.*, <br> Defendants. | : <br> : <br> : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, It is **ORDERED** that:

1. Summary judgment is **GRANTED** in favor of Defendants Ivey, Dunn, DeSpain, Conway, Dailey, and Thompkins;

2. Summary judgment is **DENIED** as to Defendants Stewart, Raybon, and Bolar; and

3. Plaintiff's claim for denial of medical or mental health care is **DISMISSED.**

This action is referred to the Magistrate Judge for entry of an appropriate scheduling order for discovery and trial.

**DONE** and **ORDERED** this 15th day of October 2020.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES CHIEF DISTRICT JUDGE**